UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DIVISION OF NEW ORLEANS

| | |
|---|---|
| EDDIE JONES | CIVIL ACTION NO.: |
| VS. | JUDGE |
| TETRA TECHNOLOGIES, INC. | MAGISTRATE JUDGE |

*********************************************************************************************

## SEAMAN'S COMPLAINT FOR DAMAGES

NOW COMES Eddie Jones, a resident of full age of majority of Rapides Parish, state of Louisiana and, with respect, avers

### DEFENDANT

Defendant herein is TETRA TECHNOLOGIES, INC., a foreign insurance company authorized to do and doing business in the State of Louisiana, with its principal place of business in Louisiana and located in this District and Division.

### JURISDICTION

The jurisdiction of this Honorable Court is invoked under 28 U.S.C. §1333 and 46 U.S.C. §688, *et seq.* Plaintiff is an American Seaman and brings this action pursuant to the Jones Act and also pursuant to Admiralty and General Maritime Laws of the United States. Plaintiff shows that this matter occurred on navigable waters on a vessel in navigation and is filed under Rule 9(h) of the Federal Rules of Civil Procedure.

### VENUE

Venue in this action is proper. Defendant is a corporation doing business in this District and Division and has its principal place of business in the State of Louisiana in this District.

## FIRST CAUSE OF ACTION

1.

Plaintiff sustained serious and permanent bodily injuries as a result of work he was directed to perform while serving as a rigger and welder's helper on the derrick barge *Arapaho*, which was owned and operated by Tetra Technologies, Inc.

2.

On or about October 31, 2009, Complainant, Eddie Jones, was ordered by his supervisor to participate in dragging an extremely heavy pipe across the deck of a material barge.  Plaintiff and several other riggers were ordered to use ropes to drag a large and very heavy pipe approximately fifteen feet (15') across the deck of the material barge.  After the pipe was close to its final position, Plaintiff was asked to help adjust the position the pipe by means of banging into place by use of a sixteen-pound (16 lb) hammer.  During the course of the dragging and positioning operation and the hammer operation in order to finally position the pipe, Plaintiff sustained an injury to his right shoulder, which has resulted in Plaintiff's inability to continue employment as an offshore welder.

3.

The injuries sustained by Plaintiff were caused by the negligence and fault of Tetra Technologies, Inc. as a Jones Act employer in the following particulars:

- A. Failing to provide a safe place to work;
- B. Failing to provide proper equipment to position the heavy metal loads in question;
- C. Failing to provide an adequate crew;
- D. Failing to properly supervise the rigging crew; and
- E. Failing to properly train the crew participating in the operation.

4.

As a result of the accident, Plaintiff sustained severe injuries to his right shoulder, and has been required to undergo three surgical procedures and extensive physical

therapy.  Plaintiff will suffer a permanent impairment of the right arm and shoulder as a result of the injuries and intervening treatment.

5.

As a result of the accident, Plaintiff claims the following types of damages:

A.  Lost wages and loss of earning capacity;

B.  Medical expenses;

C.  Physical and mental pain and suffering;

D.  Disability; and

E.  Loss of enjoyment of life.

6.

Plaintiff shows that his damages are in excess of Five Hundred Thousand Dollars ($500,000).

## SECOND CAUSE OF ACTION

7.

Plaintiff re-alleges and re-avers all factual allegations contained above.

8.

Plaintiff shows that the injuries and damages he sustained were caused by the failure of Tetra Technologies, Inc. to employ and properly train an adequate crew, failure to assign sufficient numbers of crew members for the task, and failure to provide and utilize proper lifting and moving equipment, including "come-a-longs," cranes, and other mechanical means for lifting the extremely heavy pipe in question.

9.

As a result of the aforesaid failures, the derrick barge *Arapaho* was unseaworthy, and such unseaworthiness was a direct and proximate cause of the damages sustained by Eddie Jones.

10.

Plaintiff asserts a claim for damages as outlined in paragraphs 4 and 5 above.

W H E R E F O R E, Plaintiff prays that a copy of this Complaint be duly served upon Tetra Technology, Inc., and that Defendant be ordered to appear and answer same. Plaintiff prays that after due proceedings had, there be judgment herein in favor of Plaintiff and against Defendant for the damages sought herein. Plaintiff prays for all general and equitable relief to which he may be entitled including all taxable costs and interest allowed by law.

Respectfully submitted:

JAMES P. LAMBERT
(A Law Corporation)
315 South College Road, Suite 146
Post Office Box 53083
Lafayette, Louisiana 70505-3083
(337) 261-3737
(337) 261-3301 - Facsimile
jim@jimlambert.com


BY:_____/s/ James P. Lambert_____
         JAMES P. LAMBERT (#7934)